■ The People of the State of New York, Respondent, v Jordan Williams, Appellant. [31 NYS3d 914]—Appeal from a judgment of the Supreme Court, Erie County (M. William Boller, A.J.), rendered May 12, 2014. The judgment convicted defendant, upon his plea of guilty, of robbery in the second degree (four counts), attempted robbery in the second degree, and robbery in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him upon his plea of guilty of attempted robbery in the second degree (Penal Law §§ 110.00, 160.10 [1]), robbery in the third degree (§ 160.05), and four counts of robbery in the second degree (§ 160.10 [1], [2] [b]). As the People correctly concede, the waiver of the right to appeal does not encompass defendant's challenge to the severity of the sentence (see People v Peterson, 111 AD3d 1412, 1412 [2013]). We nevertheless conclude that the sentence is not unduly harsh or severe. Present—Smith, J.P., Centra, DeJoseph, Curran and Scudder, JJ.

■ The People of the State of New York, Respondent, v Christopher Zink, Also Known as Christopher G. Zink, Appellant. [31 NYS3d 919]—Appeal from a judgment of the Monroe County Court (James J. Piampiano, J.), rendered February 28, 2013. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Smith, J.P., Centra, DeJoseph, Curran and Scudder, JJ.